UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LYON FINANCIAL SERVICES, INC. d/b/a US BANCORP BUSINESS EQUIPMENT FINANCE GROUP, <br><br> Plaintiff, <br><br> v. <br><br> ALL SMILES DENTAL P.C. and AUDREY STIRNEMAN, individually, <br><br> Defendants. | Case No. 09-6117 <br><br> Amount Claimed: $85,292.21 plus interest at 8% per annum, plus attorneys' fees and costs |

### COMPLAINT

NOW COMES PLAINTIFF LYON FINANCIAL SERVICES, INC. d/b/a US BANCORP BUSINESS EQUIPMENT FINANCE GROUP ("LYON"), by and through its counsel ASKOUNIS & DARCY PC, and for its Complaint against ALL SMILES DENTAL P.C. ("ASD") and AUDREY STIRNEMAN ("STIRNEMAN"), individually, states as follows:

### PARTIES

1.  LYON is a Minnesota corporation with its principal place of business at 1310 Madrid, Suite 100, Marshall, MN 56258.

2.  ASD is an Illinois corporation with its principal place of business at 503 E. Algonquin Road, Algonquin, IL 60102.

3.  STIRNEMAN is a citizen of the State of Illinois residing at 2413 Algonquin Road, Algonquin, IL 60102.

### JURISDICTION AND VENUE

4.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 insomuch as the parties are of diverse citizenship and the amount in controversy exceeds $75,000.00, exclusive

of interest and costs.

5. Venue is proper in this Court pursuant to 28 U.S.C. § 1391, because all of the Defendants reside in this judicial district.

## BACKGROUND

6. On or about September 21, 2006, non-party Clarion Financial, as lessor, and ASD, as lessee, entered into Equipment Finance Agreement 500-0087232-000 (the "Agreement"), for the lease of certain equipment as more specifically set forth herein (the "Equipment"). A true and correct copy of the Agreement is attached hereto as Exhibit 1.

7. To induce Clarion Financial to enter into the Agreement, STIRNEMAN and Tim Stirneman, a non-party, personally guaranteed all of ASD's obligations under the Agreement (the "Guaranty"). A true and correct copy of the Guaranty is located on the face of Exhibit 1 hereto.

8. On September 22, 2006, Clarion Financial assigned all of its rights, title, and interest in the Agreement and the Guaranty, but none of its obligations, to LYON. A true and correct copy of the Assignment is attached hereto as Exhibit 2.

9. Tim Stirneman filed Chapter 11 Bankruptcy on June 3, 2009.

10. The Agreement required ASD to make sixty (60) consecutive monthly payments of $2,709.66.

11. ASD made twenty-eight (28) of the sixty (60) payments due under the Agreement, but failed to make the payment due on February 22, 2009 and all payments due thereafter.

12. LYON has demanded payment from ASD, but ASD has failed to make payments when due.

13. LYON has also demanded payment from STIRNEMAN under the Guaranty, however

STIRNEMAN has failed and refused to make payments.

14. Failure to make timely payments is an event of default under ¶ 11 of the Agreement.

15. In the event of default, LYON is entitled to payment of the entire balance due and owing, as well as prejudgment interest at the rate of 8% per annum, plus attorneys' fees and costs pursuant to ¶ 11 of the Agreement.

16. LYON has performed all of its obligations under the Agreement and Guaranty.

## COUNT I
## BREACH OF CONTRACT - ALL SMILES DENTAL P.C.

17. LYON realleges and reasserts Paragraphs 1 through 16 as though fully set forth herein.

18. ASD defaulted under the Agreement by failing to make payments when due, and therefore, ASD is indebted to LYON in the amount of $85,292.21, plus interest at the rate of 8% per annum, plus attorneys' fees and costs pursuant to ¶ 11 of the Agreement.

WHEREFORE, LYON FINANCIAL SERVICES, INC. d/b/a US BANCORP BUSINESS EQUIPMENT FINANCE GROUP respectfully requests that the Court enter judgment in its favor and against ALL SMILES DENTAL P.C. in the amount of $85,292.21, plus interest at the rate of 8% per annum, plus attorneys' fees and costs, as well as all other and relief which this Court deems just.

## COUNT II
## BREACH OF GUARANTY - AUDREY STIRNEMAN

19. LYON realleges and reasserts Paragraphs 1 through 18 as though fully set forth herein.

20. STIRNEMAN defaulted under the Guaranty by failing to make payments when due, and therefore, LYON has been damaged in the amount of $85,292.21, plus interest at the rate of 8% per annum, plus attorneys' fees and costs

WHEREFORE, LYON FINANCIAL SERVICES, INC. d/b/a US BANCORP BUSINESS EQUIPMENT FINANCE GROUP respectfully requests that the Court enter judgment in its favor and against AUDREY STIRNEMAN, individually, in the amount of $85,292.21, plus interest at the rate of 8% per annum, plus attorneys' fees and costs, as well as all other and relief which this Court deems just.

Dated: September 30, 2009

LYON FINANCIAL SERVICES, INC. d/b/a US BANCORP BUSINESS EQUIPMENT FINANCE GROUP

By: /s/Alex Darcy
D. Alexander Darcy (ARDC # 06220515)
Christopher M. Sheehan (ARDC# 6297609)
ASKOUNIS & DARCY, PC
401 N. Michigan Ave.
Suite 550
Chicago, IL 60611
312/784-2400
312/784-2410 (Facsimile)
adarcy@askounisdarcy.com
csheehan@askounisdarcy.com

U:\Clients\Lyon Financial Services\All Smiles Dental\Pleadings\Complaint.wpd 2372.20461